SALVATORE CITARELLA, Respondent, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, a Domestic Corporation, and BANK OF SICILY TRUST

Company, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.